# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| TRUDY C. ROTTINK,<br><br>   Plaintiff,<br><br>vs.<br><br>AASHAY, L.L.C. D/B/A ANKENY SUPER 8 MOTEL,<br><br>   Defendant. | CASE NO.  4:13-cv-223<br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

COME NOW the parties and hereby submit this Joint Stipulation of Dismissal of all claims with prejudice, pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, without any costs to any party.

                Respectfully submitted,

                */s/ Thomas W. Foley*
                Thomas W. Foley       AT0002589
                Babich Goldman, P.C.
                501 S.W. 7th Street, Suite J
                Des Moines, Iowa  50309
                Telephone:  (515) 244-4300
                Facsimile:  (515) 244-2650
                E-Mail:  tfoley@babichgoldman.com

                ATTORNEYS FOR DEFENDANT

                                          */s/ Harley C. Erbe*
Harley C. Erbe
Erbe Law Firm
2501 Grand Avenue
Des Moines, Iowa 50313
Telephone: (515) 281-1460
Facsimile: (515) 281-1474
E-mail: erbelawfirm@aol.com

ATTORNEY FOR PLAINTIFF

Original Filed.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause or to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on August 25, 2014.

By: \_\_\_\_ U.S. Mail      \_\_\_\_ FAX
       \_\_\_\_ Hand Delivered      \_\_\_\_ Overnight Courier
       \_X\_ EM/ECF      \_\_\_\_ E-mail

Signature: /s/ Harley C. Erbe